**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| EDMUNDO PEDRO CHACON, | ) | No. EDCV 13-748-AB (CW)[1] |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| M.E. SPEARMAN, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: September 24, 2014

ANDRE BIROTTE, JR.
United States District Judge

---

[1] The case number reflects the reassignment of this case after the filing of the Report and Recommendation.